**FOULSTON SIEFKIN LLP**
1551 N. Waterfront Pkwy., Suite 100
Wichita, KS 67206
316-267-6371

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KATHY BAKER,  )<br>  )<br>    *Plaintiff,*  )<br>  )  Case No. 22-1227<br>  )<br>  )  Removed from the District Court of<br>  )  Reno County, Kansas<br>v.  )  Case No. 22-CV-221<br>  )<br>BRAUM'S, INC. and  )<br>RETAIL BUILDINGS, INC.,  )<br>  )<br>    *Defendants.*  )<br>  ) | |

### NOTICE OF REMOVAL

Defendants Braum's, Inc. and Retail Buildings, Inc. ("Defendants") by and through their attorney, Rachel N. Wetta of Foulston Siefkin LLP, hereby remove to this Court the action filed against them in the District Court of Reno County, Twenty-Seventh Judicial District, State of Kansas, Case Number 22-CV-221, under 28 U.S.C. §§ 1332, 1441, and 1446. The grounds for removal of this action to this Court are as follows:

1. On September 1, 2022, Plaintiff Kathy Baker ("Plaintiff") filed her Petition against Defendants in the District Court of Reno County, Twenty-Seventh Judicial District, State of Kansas, Case Number 22-CV-221 and titled the same as above.

2. Defendants were each served a copy of the Summons and Petition on September 14, 2022.

3. This Notice of Removal therefore is timely filed in accordance with 28 U.S.C. § 1446(b), having been filed within 30 days after Defendant was served with the Summons and a copy of the Petition.

4. This case is removable under 28 U.S.C. § 1441(a) because this is a civil action in which the District Courts of the United States have been given original jurisdiction under 28 U.S.C. § 1332.

5. Defendant Braum's, Inc. is an Oklahoma corporation with its principal place of business in Oklahoma City, Oklahoma.

6. Defendant Retail Buildings, Inc. is an Oklahoma corporation with its principal place of business in Oklahoma City, Oklahoma.

7. Plaintiff is a Kansas resident.

8. Through her Petition, Plaintiff alleges damages in excess of $75,000.00.

9. Because the parties are diverse under 28 U.S.C. § 1332 and the amount in controversy is in excess of $75,000.00, this matter may be properly removed to this Court. 28 U.S.C. § 1441(b).

10. The United States District Court for the District of Kansas is the District Court of the United States embracing the District Court of Reno County, Twenty-Seventh Judicial District, State of Kansas. 28 U.S.C. § 96.

11. A copy of the entire Kansas district court case file is attached as Exhibit 1 and incorporated herein by reference in accordance with 28 U.S.C. § 1446(a).

12. A written notice and a copy of the Notice of Removal will be provided to counsel for Plaintiff, and a copy of the Notice of Removal will be filed with the Clerk of the District Court of Reno County, Kansas in accordance with 28 U.S.C. § 1446(d).

13. All properly served defendants consent to removal and have complied with all other applicable rules for effectuating removal.

14. Defendants reserve the right to submit additional information to demonstrate the propriety of removal in this case, including affidavits and other evidence, should Plaintiff move to remand the case to state court, or as may otherwise become necessary.

15. By filing this Notice of Removal, Defendants do not waive any defense that may be available to them, specifically including, but not limited to, its right to contest personal jurisdiction, the sufficiency of process or service of process, whether venue is proper in this Court or the court from which this action has been removed, or any other Rule 12 defense.

WHEREFORE, Defendants respectfully request that the action now pending against it in the District Court of Reno County, Twenty-Seventh Judicial District, State of Kansas, Case Number 22-CV-221, be removed to the United States District Court for the District of Kansas sitting in Wichita, Kansas, and further request that this Court assume jurisdiction over it as provided by law.

Dated: October 5, 2022

Respectfully submitted,

FOULSTON SIEFKIN LLP

 /s/Rachel N. Wetta
Rachel N. Wetta, #24677
1551 N. Waterfront Pkwy., Suite 100
Wichita, KS 67206-4466
T: 316-291-9758 | F: 316-267-6345
rwetta@foulston.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2022, I electronically filed the above and foregoing document and its exhibits with the Clerk of the Court using the CM/ECF system, and I mailed a true and correct copy of the same via U.S. Mail, First Class, to:

Melinda Young
MELINDA YOUNG LAW
1 East 30th Ave.
P.O. Box 1405
Hutchinson, KS 67504-1405
melinda@melindayounglaw.com
*Attorney for Plaintiff*

 /s/Rachel N. Wetta
Rachel N. Wetta, #24677