ELECTRONICALLY FILED
2022 Sep 01 AM 11:34
CLERK OF THE RENO COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000221

**MELINDA YOUNG LAW, LLC**
1 East 30th Avenue
PO Box 1405
Hutchinson, KS 67504-1405
(620) 500-5500
Fax (620) 500-5501

## IN THE DISTRICT COURT OF RENO COUNTY, KANSAS
### (Pursuant to K.S.A. Chapter 60)

| | | |
|---|---|---|
| KATHY BAKER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| BRAUM'S, INC. and | ) | |
| RETAIL BUILDINGS, INC., | ) | |
| Defendants. | ) | |
| | ) | |

## PETITION

COMES NOW the Plaintiff, and for her causes of action against the above-named

Defendants, and in support thereof, states and alleges:

1. Plaintiff Kathy Baker is an individual resident and citizen of the State of Kansas, Reno

   County.

2. Defendant Braum's, Inc. is a foreign for-profit business registered to do business in the

   State of Kansas and may be served with process by serving its resident agent The

   Corporation Company, Inc., 112 SW 7th Street, Suite 3C, Topeka, Kansas 66603.

3. Defendant Retail Buildings, Inc. is a foreign for-profit business registered to do business

   in the State of Kansas and may be served with process by serving its resident agent The

   Corporation Company, Inc., 112 SW 7th Street, Suite 3C, Topeka, Kansas 66603

4. This court has subject matter jurisdiction over the cause of action, and personal

   jurisdiction over the parties.

**EXHIBIT**

**1**

5. Venue is proper in this county.

6. The acts of the Defendants set forth herein happened within the State of Kansas.

7. At all times material hereto, Defendants owned, occupied, possessed, controlled and operated the real property and improvements located at 2807 North Main Street, Hutchinson, Kansas 67502.

8. At all times material hereto, Defendants owned, occupied, possessed, controlled and operated the Braum's restaurant located at 2807 North Main Street, Hutchinson, Kansas 67502.

9. At all times material hereto, Defendants' restaurant was open to the public.

10. At all times material hereto, Defendants owed a duty of reasonable care to the public.

11. At all times material hereto, Defendants had a duty to keep the premises in safe condition for the public.

12. At all times material hereto, Defendants had a duty to maintain the premises.

13. At all times material hereto, Defendants had a duty to discover dangerous conditions on the premises.

14. At all times material hereto, Defendants had a duty to remove known dangerous conditions on the premises.

15. At all times material hereto, Defendants had a duty to warn the public of dangerous conditions on the premises.

16. Throughout Defendants' ownership and control of said property, Defendants knew of an unexpected step in the sidewalk that leads to the public entrance of Defendants' restaurant.

17. Despite knowing of the unexpected step in the sidewalk, Defendants failed to mark or otherwise warn of the step.

18. On September 4, 2020, Plaintiff Kathy Baker was walking toward the entrance of Defendants' restaurant when she struck her foot and tripped on the unexpected step.

19. Plaintiff Kathy Baker sustained significant personal injuries as a result of striking and tripping on the unexpected step.

20. Defendants were negligent in the following and other respects:

    a.  Failing to keep the business premises safe;

    b.  Failing to maintain the business premises;

    c.  Failing to inspect the business premises;

    d.  Creating an unreasonably dangerous condition;

    e.  Maintaining an unreasonably dangerous condition;

    f.  Failing to provide safe entrance and exit;

    g.  Failing to provide adequate protection from dangerous conditions; and

    h.  Failing to provide adequate warning of dangerous conditions.

21. The direct and proximate cause of Plaintiff's injuries is the negligence of Defendants.

22. As a direct and proximate result of Defendants' negligence, Plaintiff has suffered, and will continue to suffer in the future, hospital, medical, and incidental expenses, lost time, permanent injuries and disability, pain, suffering, and loss of enjoyment of life.

WHEREFORE, Plaintiff prays for judgment against the Defendants in an amount in excess of $75,000.00, for costs of this action, and for such other and further relief as the Court deems just and equitable.

/s/ Melinda G. Young
Melinda G. Young, SC # 24309
**MELINDA YOUNG LAW, LLC**
1 East 30th Avenue
PO Box 1405
Hutchinson, KS 67504-1405
(620) 500-5500
Fax (620) 500-5501
melinda@melindayounglaw.com
Attorney for Plaintiff

### REQUEST FOR JURY TRIAL

COMES NOW the Plaintiff, pursuant to applicable Kansas law, and respectfully makes

demand for trial by a jury of twelve persons of all issues herein joined.

/s/ Melinda G. Young
Melinda G. Young, SC # 24309
**MELINDA YOUNG LAW, LLC**
1 East 30th Avenue
PO Box 1405
Hutchinson, KS 67504-1405
(620) 500-5500
Fax (620) 500-5501
melinda@melindayounglaw.com
Attorney for Plaintiff

4